**Opinion issued January 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00018-CR

———————————

## IN RE WILLIAM SOLOMON LEWIS, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

On January 3, 2014, the relator, William Solomon Lewis, filed a petition for writ of mandamus, seeking to compel the trial court to rule on relator's "motion for return of the defendant's seized property."[1]

We **deny** the petition for writ of mandamus.[2]

---

[1] The underlying case is *State v. William Solomon Lewis*, No. 1261666, in the 184th District Court of Harris County Texas, the Honorable Jan Krocker presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

2    Relator's petition for writ of mandamus is procedurally defective.  *See* TEX. R. APP. 9.5 (requiring that document filed with Court must be served on all parties and that certificate of service contain date, manner of service, name and address of each person served, and, if person served is party's attorney, the name of party represented by that attorney); TEX. R. APP. P. 52.3(j) (requiring person filing petition to certify that every factual statement in petition is supported by competent evidence included in appendix or record); TEX. R. APP. P. 52.3(k) (requiring that petition include appendix containing certified or sworn copy of any document showing matter complained of); TEX. R. APP. P. 52.7 (requiring relator to file record with the petition containing certified or sworn copy of every document that is material to relator's claim).